**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-7396**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

RONALD T. MASKO,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:99-cr-00013-FPS-JES-2)

———————————

Submitted: January 14, 2010        Decided: January 21, 2010

———————————

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ronald T. Masko, Appellant Pro Se. Robert Hugh McWilliams, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald T. Masko appeals the district court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Masko, No. 5:99-cr-00013-FPS-JES-2 (N.D. W. Va. July 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2